

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-15-00253-CV

| | |
|---|---|
| Jimmy Diaz, Appellant<br><br>v.<br><br>A.M. Stringfellow Unit, et al., Appellees | Appealed from the 215th District Court of Harris County. (Tr. Ct. No. 2014-68893). Opinion delivered Per Curiam. |

**TO THE 215TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on April 23, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on March 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jimmy Diaz.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, April 24, 2015.

**CHRISTOPHER A. PRINE, CLERK**